IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO HERNANDEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF KINGS, et al.,<br><br>  Defendants.<br>_____/ | 1:06-cv-01279-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS<br>(Doc. 16.)<br><br>ORDER DISMISSING ACTION WITH<br>PREJUDICE FOR FAILURE TO STATE<br>A CLAIM<br><br>ORDER DIRECTING CLERK TO CLOSE CASE |

Antonio Hernandez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 3, 2008, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be granted under section 1983. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

1 | file, the court finds the findings and recommendations to be supported by the record and proper
2 | analysis.
3 |         Accordingly, THE COURT HEREBY ORDERS that:
4 |         1. The Findings and Recommendations issued by the Magistrate Judge on November
5 | 3, 2008, are adopted in full;
6 |         2. This action is dismissed in its entirety, with prejudice, based on plaintiff's failure
7 | to state a claim upon which relief may be granted under section 1983; and
8 |         3. The Clerk of Court is directed to close this case.
9 | IT IS SO ORDERED.
10 | **Dated:   December 15, 2008**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE